**No. 41867.**—Protest 274420–G of Fashion Bilt Gowns, Inc. (New York.)

Opinion by TILSON, J. Embroidered Normandy laces were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41868.**—Protest 223600–G of American Express Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41869.**—Protest 237969–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41870.**—Protest 234789–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was found from the record that certain items consist of embroidered laces. The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41871.**—Protest 307679–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. It was found from the record that certain items consist of embroidered laces. The claim at 75 percent under paragraph 1430 was therefore sustained.

BEFORE THE THIRD DIVISION, JULY 28, 1939

**No. 41872.**—Protest 976617–G of B. Altman & Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of tomato sticks, bronx bix, and football cheese wafers similar to that the subject of *Renken* v. *United States* (C. D. 73) and Abstracts 36318 and 41193. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 41873.**—Protest 977788–G of S. I. Moss Co., Inc. (New York).

Opinion by EVANS, J. It appeared that there was an attempt made to amend the entry correcting the clerical error but that both the invoice and the merchandise had come under the observation of the appraiser prior to the time of filing the amendment. The protest was therefore overruled.